Cam Ferenbach
Nevada Bar No. 96
Jennifer L. Braster
Nevada Bar No. 9982
LIONEL SAWYER & COLLINS
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
(702) 383-8888 (Telephone)
(702) 383-8845 (Fax)

Mark A. Hannemann, *admitted pro hac vice*
Jeffrey S. Ginsberg, *admitted pro hac vice*
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200 (Telephone)

*Attorneys for Robert Bosch LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT BOSCH LLC, | Case No.  2:10-cv-1929-RLH-RJJ |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL** |
| SHB INTERNATIONAL, INC., AND SEN-UAB SHENGHUABO GROUP, | |
| Defendants. | |

WHEREAS, Robert Bosch LLC ("BOSCH") instituted this patent-infringement action against SHB International, Inc., and SEN-UAB Shenghuabo Group (collectively, "SHB"), and

WHEREAS, the Parties have entered into a settlement agreement to resolve this action, with an effective date of March 9, 2011;

THEREFORE, BOSCH and SHB hereby stipulate to the dismissal of this action with prejudice, subject to this Court's retention of jurisdiction to enforce the terms of the settlement agreement, each Party to bear its own costs and attorneys' fees.

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101

1    DATED this 30th day of March 2011

2

3

4    By: _____          By: _____
5        Cam Ferenbach                        Robert Lauson
         Nevada Bar No. 96                    LAUSON & TARVER LLP
6        Jennifer L. Braster                  880 Apollo Street, Suite 301
         Nevada Bar No. 9982                  El Segundo, CA 90245
7        1700 Bank of America Plaza
         300 South Fourth Street
8        Las Vegas, Nevada 89101          Attorneys for SHB International, Inc. and
                                          SEN-UAB Shenghuabo Group
9        Mark A. Hannemann
         Jeffrey S. Ginsberg
10       KENYON & KENYON LLP
         One Broadway
11       New York, NY 10004

12   Attorneys for Robert Bosch LLC

13

14       IT IS SO ORDERED.

15       DATED this 31st day of March, 2011.

16

17   _____
     CHIEF UNITED STATES DISTRICT JUDGE

18

19   Respectfully submitted by:

20   LIONEL SAWYER & COLLINS

21   By: _____
         Cam Ferenbach, NBN 96
22       Jennifer L. Braster, NBN 9982
         1700 Bank of America Plaza
23       300 South Fourth Street
         Las Vegas, Nevada 89101
24
         Mark A. Hannemann, admitted *pro hac vice*
25       Jeffrey S. Ginsberg, admitted *pro hac vice*
         KENYON & KENYON LLP
26       One Broadway
         New York, NY 10004
27

28   *Attorneys for Robert Bosch, LLC*

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101